THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PACIFIC CREST HOMEOWNERS ASSOCIATION, a Washington nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSURANCE COMPANY OF AMERICA, a New York Company,<br><br>　　　　　Defendant. | Case No. 10-5186<br><br>UNOPPOSED MOTION TO STAY AND PROPOSED ORDER<br><br>NOTE DATE: April 20, 2010 |

**I.    Unopposed Motion to Stay**

Pursuant to the inherent authority of the Court, Plaintiff moves for a stay of this action due to related litigation currently ongoing in the Superior Court of Washington for Pacific County. The parties have conferred with respect to this motion and it is unopposed.

Plaintiff asks that the Court order that all matters in this case be stayed, including discovery. The parties shall advise the Court within twenty (20) days of a judgment or settlement in *Pacific Crest Homeowners Association v. Matthew A. Doney, Trent Doney, and John Does 1-10*; Superior Court of Washington for Pacific County, Case No. 09-2-00320-5 (the "Doney Lawsuit") or *Pacific Crest Homeowners Association v. Mead Engineering Resources, Inc., et al.*; Superior Court of Washington for Pacific County, Case No. 09-2-00414-7 (the

Page   1 - UNOPPOSED MOTION TO STAY AND PROPOSED ORDER

H:\ORDERS\Pacific Crest 0113 jlg Unopposed Motion to Stay.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812  FAX: (503) 274-7979

"Subcontractor Lawsuit"), whichever resolves later.  The motion is supported by the following Points and Authorities.

## II.     Points & Authorities

### A.     Introduction

Plaintiff is a homeowners association for a condominium development located in Pacific County, Washington.  The unit owners at Pacific Crest have suffered property damage to their individual units and common elements.  The property damage has unfortunately spurred several lawsuits, in addition to the present lawsuit.  The pending lawsuits include:

1. *Pacific Crest Homeowners Association, et al. v. Pacific Crest 1 Development, LLC, et al.*
   Superior Court of Washington for Pacific County
   Consolidated Case No. 08-2-00216-2
   (the "Developer Lawsuit")

2. *Pacific Crest Homeowners Association v. Matthew A. Doney, Trent Doney, and John Does 1-10*
   Superior Court of Washington for Pacific County
   Case No. 09-2-00320-5
   (the "Doney Lawsuit")

3. *Pacific Crest Homeowners Association v. Mead Engineering Resources, Inc., et al.*
   Superior Court of Washington for Pacific County
   Case No. 09-2-00414-7
   (the "Subcontractor Lawsuit")

The Developer Lawsuit resulted in a default judgment in favor of Plaintiff.  The Doney Lawsuit and the Subcontractor Lawsuit were filed prior to the present lawsuit and both are currently in the midst of discovery.  Plaintiff in this action was forced to file the present lawsuit due to statutory and/or contractual limitations periods.  Many of the issues relevant to the Doney and Subcontractor Lawsuits overlap with the present proceeding.  Both Plaintiff and Defendant believe and hope that the resolution of the Doney Lawsuit and the Subcontractor Lawsuit will moot the issues in this lawsuit and preclude further litigation between these parties.  As a result, the parties wish to stay these proceedings until resolution of the Doney Lawsuit and Subcontractor Lawsuit.

Page   2 - UNOPPOSED MOTION TO STAY AND PROPOSED ORDER

H:\ORDERS\Pacific Crest 0113 jlg Unopposed Motion to Stay.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812  FAX: (503) 274-7979

**B.     Legal Standard**

A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case.  This rule applies whether the separate proceedings are judicial, administrative, or arbitral in character, and does not require that the issues in such proceedings are necessarily controlling of the action before the court.  *Leyva v. Certified Grocers of CA Ltd.*, 593 F2d 857, 863-64 (9th Cir 1979) (cited as authoritative by *RSUI Indemnity Inc. v. Vision One, LLC*, 2010 WL 596193 (WD Wash 2010) and *Florer v. Johnson*, 2008 WL 925546 (WD Wash 2008)).

**C.     Legal Analysis**

The parties do not wish to expend time and money on the present litigation, nor to impose case-handling duties on the Court and Court staff, when it is possible that the Doney Lawsuit and Subcontractor Lawsuit may moot the issues between the parties and preclude further litigation. The parties therefore ask that the present action be stayed pending the outcome of the Doney Lawsuit and Subcontractor Lawsuit.

DATED this 20th day of April, 2010.

PARSONS FARNELL & GREIN, LLP

By: _____
Michael E. Farnell, WSBA #23735
E-Mail: mfarnell@pfglaw.com
Telephone No.: 503-222-1812
Facsimile No.:  503-274-7979
*Of Attorneys for Plaintiff,
Pacific Crest Homeowners
Association*

IT IS SO ORDERED

DATED this 21st day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page   3 - UNOPPOSED MOTION TO STAY AND PROPOSED ORDER

H:\ORDERS\Pacific Crest 0113 jlg Unopposed Motion to Stay.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812  FAX: (503) 274-7979